UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**EASTERN DIVISION**

UNITED STATES OF AMERICA

v.   Crim. No. 4:97-CR-33-3BO

HAZARD HAWKINS

On February 5, 2010, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert K. Britt  
Robert K. Britt  
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _10_ day of _March_, 2014.

Terrence W. Boyle  
U.S. District Judge